UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

CHRISTINE KAY SOKOLOWSKI
and LEO W. SOKOLOWSKI,
husband and wife/individuals,                     Case No.:

      Plaintiffs,                                    Honorable

v

UNITED STATES POSTAL SERVICE,

      Defendant.

_____

Michael S. Dantuma (P45174)
**HOLMES & WISELEY, P.C.**
Attorneys for Plaintiff
2090 Celebration Drive, N.E., Suite 202
Grand Rapids, MI  49525
Telephone: (616) 447-9610
Facsimile:  (616) 447-9630
Email: mdantuma@holmeswiseley.com

_____

**ORIGINAL COMPLAINT AND JURY DEMAND**
_____


**NOW COME** the Plaintiffs, CHRISTINE KAY SOKOLOWSKI and LEO W. SOKOLOWSKI, by their attorneys, Holmes & Wiseley, P.C., and for their Complaint against the Defendant, UNITED STATES POSTAL SERVICE, state:

1. This is a civil action brought on behalf of the Plaintiffs to recover for the negligent actions of the UNITED STATES POSTAL SERVICE (hereinafter "USPS") causing an automobile accident wherein CHRISTINE KAY SOKOLOWSKI sustained serious and debilitating injuries.

2. At all times relevant hereto, Plaintiff, CHRISTINE KAY SOKOLOWSKI, was the lawful operator of a 2012 Dodge Caravan.

3. At all times relevant hereto, USPS postal worker, Hanna Marie Mohnke, was operating a USPS vehicle in the course and scope of her employment.

4. Plaintiffs seek money damages, as a result of the negligent actions of the USPS and specifically its employee, Ms. Mohnke.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over this action pursuant to 28 USC § 2675, commonly known as the Federal Torts Claim Act ("FTCA"). While the action involves state tort claim principles, exclusive jurisdiction is granted to this Court as a suit is brought against a federal agency, namely the USPS.

6. Pursuant to 28 USC § 2675(a), Plaintiffs were required to present their claim to the USPS for administrative review.

7. Plaintiffs presented their claim to the USPS for administrative review on June 11, 2024. USPS acknowledged receipt of the claim by correspondence to counsel dated August 20, 2024.

8. Pursuant to the above-referenced statute, USPS had six months from the date of service of the application and claim to respond by way of denial or other disposition.

9. USPS has neither responded nor denied the claim, although more than one (1) year has elapsed since the date it was presented with Plaintiffs' claim.

10. Plaintiffs, at all relevant times, have been residents of the County of Kent, State of Michigan, specifically residing at 2705 – 14 Mile Road, N.E., Sparta, MI 49345.

11. Defendants, USPS, and its employee conduct business in the County of Kent, State of Michigan.

12. This action involves an automobile accident occurring between Plaintiff, CHRISTINE KAY SOKOLOWSKI, and the USPS vehicle on July 3, 2023, on or near Pine Island Drive, N.E., at or near its intersection with Eaglewood Drive, N.E., located in the Township of Algoma, County of Kent, State of Michigan.

13. Venue is proper in this District pursuant to 28 USC § 1391 because the actions and omissions giving rise to the claims pled in this Complaint occurred in this District.

14. Plaintiffs seek damages for in excess of $75,000.00 U.S. Dollars.

**PARTIES**

15. Plaintiffs, CHRISTINE KAY SOKOLOWSKI and LEO W. SOKOLOWSKI, are husband and wife and individuals who reside at all times relevant to this Complaint in the County of Kent, State of Michigan.

16. Plaintiffs have executed a Consent to Sue form, attached hereto as *Exhibit A*.

17. Defendant, USPS, conducts business at various locations throughout the County of Kent, State of Michigan.  Its employee, Hanna Marie Mohnke, at

all times relevant hereto, was operating a USPS vehicle in the course and scope of her employment with USPS.

## COUNT I

## GENERAL ALLEGATIONS

18. On or about July 3, 2023, Plaintiff, CHRISTINE KAY SOKOLOWSKI, was the restrained driver of a 2012 Dodge Caravan heading North on Pine Island Drive in Algoma Township, Kent County, Michigan.

19. At the same time and place, Hanna Marie Mohnke, a USPS employee, was delivering mail from her USPS owned service truck and driving partway on the shoulder. As Plaintiff, CHRISTINE KAY SOKOLOWSKI, approached the service truck, Ms. Mohnke made an abrupt U-turn in front of the Sokolowski vehicle, causing the collision to occur.

20. As part of the investigation of this matter, an independent witness to the accident established that the USPS employee was responsible for the action as a result of making an improper U-turn in front of the Sokolowski vehicle.

21. At the time of the accident, USPS and its employee owed Plaintiff, CHRISTINE KAY SOKOLOWSKI, the following duties under Michigan Law:

   a. To operate the motor vehicle on a roadway in a manner and at a rate of speed that would permit it to be stopped within a secure safe distance, MCL 257.6727(1);

   b. Not to operate the vehicle carelessly and heedlessly with willful and wanton disregard for the safety and rights of others, MCL 257.626(2);

      c.      To keep the automobile constantly under control;

      d.      To observe the highway in front of the Defendant's vehicle when Defendant knew or should have known that failure to observe Plaintiff's oncoming vehicle would endanger the life or property or other persons using the roadway, and specifically, Plaintiff, CHRISTINE KAY SOKOLOWSKI; and,

      e.      To refrain from making improper U-turns in front of other users of the roadway, and in particular, Plaintiff, CHRISTINE KAY SOKOLOWSKI, in violation of Michigan Law.

22. That the USPS driver breached the aforementioned duties, and, as a direct and proximate result of these breach of duties, the collision occurred, causing Plaintiff CHRISTINE KAY SOKOLOWSKI's injuries as stated further in this Complaint resulted.

23. As a direct and proximate result of the negligence of the USPS and its employee, Plaintiff suffered serious injuries and may, in the future, suffer or may permanently suffer mental anguish, pain and suffering, injuries, and limitations, including a serious impairment of body function and permanent serious disfigurement.

24. Plaintiffs' damages include, but are not limited to, the following injuries:

      a.      A displacement fracture of the right hand/wrist which has resulted in two surgical procedures to both stabilize the bone and remove hardware;

      b.      A result in scaring from the surgical procedures;

    c.    Abdominal pain and subsequent ovarian torsion from the automobile accident, leading to a necrotic fallopian tube and ovary resulting in surgical removal of the same;

    d.    Pain, suffering, and mental anguish;

    e.    Aching and cramping in the right hand/wrist as a result of the injury, as well as limited range of motion to the right upper extremity; and,

    f.    Other damages, injuries, and consequences found to be related to the automobile accident that developed during the course of discovery, to the extent that damages are recoverable under the Michigan No-Fault Insurance Act.

## COUNT II

## LOSS OF CONSORTIUM

25. At all times relevant hereto, Plaintiff, LEO W. SOKOLOWSKI, was and is the husband of Plaintiff, CHRISTINE KAY SOKOLOWSKI.

26. That as a result of the injuries suffered by Plaintiff, CHRISTINE KAY SOKOLOWSKI, Plaintiff, LEO W. SOKOLOWSKI, has suffered a loss of the love, care, consortium, sexual relations, and ongoing romantic relationship which previously existed in their marriage.

WHEREFORE, Plaintiffs now claim judgment against Defendant for whatever amount the trier of fact finds that they are entitled to in excess of $75,000.00, and such other and further relief as deemed proper and just by the Court.

Dated:  June 27, 2025            Respectfully submitted,

**HOLMES & WISELEY, P.C.**

By:  */s/ Michael S. Dantuma*
      Michael S. Dantuma (P45174)
      Attorneys for Plaintiff
BUSINESS ADDRESS:
      2090 Celebration Drive, N.E., Suite 202
      Grand Rapids, MI  49525
      Telephone:  (616) 447-9610
      Facsimile:  (616) 447-9630
      Email:  mdantuma@holmeswiseley.com

## JURY DEMAND

**NOW COME** the Plaintiffs, by their attorneys, and hereby request a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

Dated:  June 27, 2025            Respectfully submitted,

**HOLMES & WISELEY, P.C.**

By:  */s/ Michael S. Dantuma*
      Michael S. Dantuma (P45174)
      Attorneys for Plaintiff
BUSINESS ADDRESS:
      2090 Celebration Drive, N.E., Suite 202
      Grand Rapids, MI  49525
      Telephone:  (616) 447-9610
      Facsimile:  (616) 447-9630
      Email:  mdantuma@holmeswiseley.com